JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND McCLENTON,<br><br>        Petitioner,<br><br>  v.<br><br>RANDY GROUNDS, WARDEN,<br><br>        Respondent. | NO. CV 11-00418-VBF (MAN)<br><br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   7/29/11  .

*Valerie Baker Fairbank*

---
    VALERIE BAKER FAIRBANK
    UNITED STATES DISTRICT JUDGE